ANTHONY J. EDLEFSEN
Pro Se Plaintiff
3561 W. 2875 S.
West Haven, Utah 84401
(801) 550-8461
akiwi17@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

Case No. 1:25-cv-00167-RJS-DAO
District Judge Robert J. Shelby
Magistrate Judge Daphne A. Oberg

| | | |
|---|---|---|
| ANTHONY J. EDLEFSEN,<br><br>Plaintiff,<br><br>v.<br><br>IHC HEALTH SERVICES, INC.,<br><br>Defendant. | FILED<br>2026 APR 20<br>CLERK<br>U.S. DISTRICT COURT | **PLAINTIFF'S NOTICE NARROWING MOTION TO COMPEL COMPLIANCE WITH NARROWED THIRD-PARTY SUBPOENA TO THE UNIVERSITY OF UTAH** |

Plaintiff Anthony J. Edlefsen respectfully files this Notice to advise the Court that, after Plaintiff filed his Short-Form Motion to Compel Compliance with Narrowed Third-Party Subpoena to the University of Utah, the University served an additional supplemental production and written response dated April 20, 2026.

In that April 20 response, the University states, among other things, that: (1) the executed contract and amendments have been produced; (2) the production link contains all final deliverables and there was no final slide deck; (3) emails with deliverables were produced, but the University objects to producing confidential or sensitive information; (4) the contract was fixed-price and there are no statements of hours worked; (5) annual reports were attached; (6) there was no Access Database for this contract; and (7) the search was conducted in relation to Contract No. 212701484.

In light of that supplemental production and clarification, Plaintiff narrows the pending motion. Plaintiff no longer presses the motion as to categories the University has now affirmatively addressed, including the existence of a final slide deck, the contract-number clarification, and the University's representation that there was no Access Database for this contract.

The motion is now limited to the following remaining issues:

1. Transmittal completeness. The University states that it produced emails with deliverables that do not contain confidential or sensitive information and objects to producing confidential or sensitive information. Plaintiff seeks identification of any responsive transmittal emails, attachments, attachment names, or portions of transmittal records that were withheld or omitted on that basis, together with the basis for withholding.

2. Acceptance / closeout / milestone / deliverable-receipt records. Plaintiff's narrowed subpoena sought not only statements of hours worked, but also invoice backup, milestone backup, acceptance, closeout, or deliverable-receipt records tied to the Amendment 1 / Amendment 2 workstream, including records tied to Invoice Nos. UU-00301825 and UU-035100830. The University's fixed-price response addresses hours-worked statements, but does not fully resolve whether other acceptance, closeout, milestone-support, or deliverable-receipt records exist.

Plaintiff is concurrently conferring with the University regarding these two narrowed issues and respectfully requests that the Court treat the pending motion as limited accordingly.

DATED this __20__ day of _____April_____, 2026.

Respectfully submitted,

Anthony J. Edlefsen

Pro Se Plaintiff

3561 W. 2875 S.

West Haven, Utah 84401

akiwi17@yahoo.com

(801) 550-8461

**CERTIFICATE OF SERVICE**

I certify that on the __20__ day of _____April_____, 2026, I served the foregoing PLAINTIFF'S NOTICE NARROWING MOTION TO COMPEL COMPLIANCE WITH NARROWED THIRD-PARTY SUBPOENA TO THE UNIVERSITY OF UTAH by email on counsel of record and on the University of Utah counsel/representatives involved in the subpoena correspondence.

_____

Anthony J. Edlefsen